# IN THE UNITED STATES DISTRICT COURT
# FOR THE MIDDLE DISTRICT OF GEORGIA
# ALBANY DIVISION

RON GOSS, :
:
    Petitioner, :
:
v. : Case No.: 1:11-cr-12-17 (WLS)
:
:
UNITED STATES OF AMERICA, :
:
    Respondent. :
_____:

## **ORDER**

Before the Court is a Recommendation from United States Magistrate Judge Thomas Q. Langstaff on Petitioner Ron Goss's motion to vacate or set aside conviction. (Doc. 744.) Judge Langstaff conducted a preliminary review of Goss's petition under Rule 4 of the Rules Governing Section 2255 Proceedings and recommends the Court dismiss his petition as untimely. The Recommendation provided Goss fourteen days to file a written objection. Goss did not object. The Court adopts the Recommendation.

The Antiterrorism and Effective Death Penalty Act of 1996 ("AEDPA") imposes a one-year statute of limitations on federal prisoners challenging federal convictions. 28 U.S.C. § 2255(f). The one-year period begins running from the latest of several events, such as "the date on which the judgment of conviction becomes final." § 2255(f)(1).

Goss's petition is untimely under AEDPA's statute of limitations. The record shows that the latest event beginning the statute of limitations was the finality of Goss's conviction. This Court entered Judgment on February 23, 2012 and docketed it February 27, 2012. (*Id.*) Goss did not appeal, so his conviction became final around March 12, 2012, fourteen days after the imposition of judgment. *See* Fed. R. App. P.

1

4(b)(1)A). Goss dated his petition March 27, 2013 and mailed it April 5, 2013. Because he prepared and mailed his petition more than a year after his conviction became final, his petition is untimely.

Additionally, the record fails to evince a basis for equitable tolling or any evidence of actual innocence.

The Court finds that the magistrate judge's recommendation (Doc. 744) should be, and hereby is, **ACCEPTED, ADOPTED**, and made the Order of this Court for the reason of the findings made and reasons stated therein, together with the findings made, reasons stated, and conclusions herein. Goss's Motion to Vacate (Doc. 741) is **DENIED**. Because jurists of reason would not find debatable, on this record, whether the Court is correct in its procedural ruling, the Court further **DENIES** Goss a certificate of appealability.

**SO ORDERED**, this   11th  day of June 2013.

>     **/s/ W. Louis Sands**
>     **THE HONORABLE W. LOUIS SANDS,**
>     **UNITED STATES DISTRICT COURT**